# EXHIBIT 15

Plaintiffs Alleging Trafficking Victims Protection Act Claims

Ex. 15: Plaintiffs Alleging Trafficking Victims Protection Act Claims

| | Plaintiff | Member Case | TVPA Claim | Alleged Abuse Fully Predates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) | Alleged Abuse Partially Predates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) | Alleged Abuse Postdates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) |
|---|---|---|---|---|---|---|
| 1 | Doe | 1:18-cv-00913 | PageID.59-63 | | 2001-2014 (PageID.42-44) | |
| 2 | Emily Jane-Gwardzinski Justice | 1:18-cv-00968 | PageID.55-57 | 2006 (PageID.6-7) | | |
| 3 | Lauren Bancroft | 1:18-cv-00968 | PageID.55-57 | | | 2012-2014 (PageID.5) |
| 4 | Meghan Gunther | 1:18-cv-00968 | PageID.55-57 | | 1999-2011 (PageID.8-9) | |
| 5 | Rachel Gunther Campbell | 1:18-cv-00968 | PageID.55-57 | Feb.-Mar. 2002 (PageID.8) | | |
| 6 | R7 Doe | 1:18-cv-00995 | PageID.87-90 | | | 2010-2011 (PageID.4) |
| 7 | Jaclyn Bowe | 1:18-cv-01006 | PageID.39-42 | 2005-2008 (PageID.2) | | |
| 8 | Joseph Kuter | 1:18-cv-01006 | PageID.39-42 | 1997 (PageID.2) | | |
| 9 | Doe 1 | 1:18-cv-01038 | PageID.89-94 | | | 2012-2016 (PageID.41) |
| 10 | Doe 3 | 1:18-cv-01038 | PageID.89-94 | | | 2012 (PageID.43) |
| 11 | Doe 4 | 1:18-cv-01038 | PageID.89-94 | | | 2009-2010 (PageID.44) |
| 12 | Doe 5 | 1:18-cv-01038 | PageID.89-94 | 2001 (PageID.47) | | |
| 13 | Doe 6 | 1:18-cv-01038 | PageID.89-94 | | | 11/2/2012-6/5/2015 (PageID.48) |

Ex. 15: Plaintiffs Alleging Trafficking Victims Protection Act Claims

| | Plaintiff | Member Case | TVPA Claim | Alleged Abuse Fully Predates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) | Alleged Abuse Partially Predates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) | Alleged Abuse Postdates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) |
|---|---|---|---|---|---|---|
| 14 | Doe 7 | 1:18-cv-01038 | PageID.89-94 | 2002-2003 (PageID.50) | | |
| 15 | Doe 8 | 1:18-cv-01038 | PageID.89-94 | 1997-2002 (PageID.52) | | |
| 16 | Doe 9 | 1:18-cv-01038 | PageID.89-94 | 2002-2004 (PageID.54) | | |
| 17 | Doe 10 | 1:18-cv-01038 | PageID.89-94 | 1999-2003 (PageID.55) | | |
| 18 | Doe 11 | 1:18-cv-01038 | PageID.89-94 | | | 2009-2010 (PageID.57) |
| 19 | Doe 12 | 1:18-cv-01038 | PageID.89-94 | | | 2010-2015 (PageID.59) |
| 20 | Doe 13 | 1:18-cv-01038 | PageID.89-94 | 2006-2007 (PageID.61) | | |
| 21 | Doe 14 | 1:18-cv-01038 | PageID.89-94 | 1997-2005 (PageID.62) | | |
| 22 | Doe 15 | 1:18-cv-01038 | PageID.89-94 | 1998-2001 (PageID.64) | | |
| 23 | Doe 16 | 1:18-cv-01038 | PageID.89-94 | | | 2013 (PageID.66) |
| 24 | Doe 17 | 1:18-cv-01038 | PageID.89-94 | 1995-1998 (PageID.67) | | |
| 25 | Doe 18 | 1:18-cv-01038 | PageID.89-94 | 2001-2006 (PageID.69) | | |
| 26 | Doe 19 | 1:18-cv-01038 | PageID.89-94 | | | 2011-2016 (PageID.71) |

Ex. 15: Plaintiffs Alleging Trafficking Victims Protection Act Claims

| | Plaintiff | Member Case | TVPA Claim | Alleged Abuse Fully Predates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) | Alleged Abuse Partially Predates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) | Alleged Abuse Postdates TVPA Private Right of Action Against Non-Perpetrators (December 23, 2008) |
|---|---|---|---|---|---|---|
| 27 | Doe 20 | 1:18-cv-01038 | PageID.89-94 | | | Aug. 2010 (PageID.72) |
| 28 | Doe 21 | 1:18-cv-01038 | PageID.89-94 | | | 2013 (PageID.74) |
| 29 | Doe 22 | 1:19-cv-00178 | PageID.47-51 | | | 2015 (PageID.31) |
| 30 | Doe 23 | 1:19-cv-00178 | PageID.47-51 | 1993-1996 (PageID.33) | | |
| 31 | Doe 24 | 1:19-cv-00440 | PageID.46-50 | | | 2009-2012 (PageID.30) |
| 32 | Doe 25 | 1:19-cv-00440 | PageID.46-50 | | 2007-2016 (PageID.31) | |
| | | | **TOTALS:** | **15** | **3** | **14** |

3